UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    CR. NO. 1:25-CR-279
                            :
v.                          :
                            :    (Judge Wilson)
JAIME SOUDERS, and          :
MORGAN ROTHENHOEFER,        :
        Defendants.         :

INDICTMENT

FILED
HARRISBURG, PA

NOV 5 2025

PER ADA
DEPUTY CLERK

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. §§ 2251(a) and (e)
(Conspiracy to Produce a Visual Depiction Containing
the Sexual Exploitation of a Child)

Between a date unknown to the Grand Jury that is not later than on or about March 3, 2024, and on or about September 5, 2024, within the Middle District of Pennsylvania and elsewhere, the defendants,

JAIME SOUDERS and
MORGAN ROTHENHOEFER,

did combine, confederate, conspire and agree with each other to employ, use, persuade, induce, entice, and coerce, a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced

using materials that were mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a cellular telephone, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 2251(a)
(Production of a Visual Depiction Containing
the Sexual Exploitation of a Child)

On or about May 19, 2024, in the Middle District of Pennsylvania, the defendants,

**JAIME SOUDERS and
MORGAN ROTHENHOEFER,**

aided and abetted by each other, did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction being produced used materials that were mailed, shipped, and transported in and affecting interstate and

foreign commerce by any means, including by a cellular telephone and the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 2251(a)
(Production of a Visual Depiction Containing
the Sexual Exploitation of a Child)

On or about June 16, 2024, in the Middle District of Pennsylvania, the defendants,

**JAIME SOUDERS and
MORGAN ROTHENHOEFER,**

aided and abetted by each other, did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction being produced used materials that were mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a cellular telephone, and

the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
## 18 U.S.C. § 2251(a)
(Production of a Visual Depiction Containing
the Sexual Exploitation of a Child)

On or about July 27, 2024, in the Middle District of Pennsylvania, the defendants,

**JAIME SOUDERS and
MORGAN ROTHENHOEFER,**

aided and abetted by each other, did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction being produced used materials that were mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a cellular telephone, and

the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
18 U.S.C. § 2251(a)
(Production of a Visual Depiction Containing
the Sexual Exploitation of a Child)

On or about April 13, 2020, in the Middle District of Pennsylvania,

### JAIME SOUDERS,

did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction being produced used materials that were mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by a cellular telephone, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 6
18 U.S.C. § 2252(a)(2)
(Receipt of Child Pornography)

On or about June 7, 2024, within the Middle District of Pennsylvania, the defendant,

**JAIME SOUDERS,**

knowingly received one or more visual depictions using a means and facility of interstate and foreign commerce, and which visual depictions had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means, including by cellular telephone; and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, to wit: a digital image depicting a minor engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

THE GRAND JURY FURTHER CHARGES:

**COUNT 7**
18 U.S.C. § 2252(a)(2)
(Receipt of Child Pornography)

On or about July 3, 2024, within the Middle District of Pennsylvania and elsewhere, the defendant,

**MORGAN ROTHENHOEFER,**

knowingly received one or more visual depictions using a means and facility of interstate and foreign commerce, and which visual depictions had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means, including by cellular telephone; and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, to wit: a digital image depicting Minor Victim 2 engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 8
18 U.S.C. § 2252(a)(4)(B)
(Possession of Child Pornography)

On or about September 5, 2024, within the Middle District of Pennsylvania, the defendant,

**JAIME SOUDERS,**

knowingly possessed at least one matter containing one or more visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit: digital videos and images, distinct from those referred to in Counts 1 through 7, depicting prepubescent minors and minors who had not attained 12 years of age engaged in sexually explicit conduct.

8

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 9
18 U.S.C. § 2252(a)(4)(B)
(Possession of Child Pornography)

On or about September 12, 2024, within the Middle District of Pennsylvania, the defendant,

**MORGAN ROTHENHOEFER,**

knowingly possessed at least one matter containing one or more visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit: digital videos and images, distinct from those referred to in Counts 1 through 7, depicting prepubescent minors and minors who had not attained 12 years of age engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

A TRUE BILL

BRIAN D. MILLER
United States Attorney

FOREPERSON

*[signature]*
STEPHEN W. DUKES
Assistant United States Attorney

11/5/2025
Date