Case 1:25-cr-00279-JPW   Document 8   Filed 11/05/25   Page 1 of 2

FILED
HARRISBURG, PA
NOV 05 2025
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:25-CR-279 |
| v. | : | (Judge Wilson) |
| JAMIE SOUDERS, | : | |
| Defendant. | : | Electronically Filed |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by Brian D. Miller, United States Attorney for the Middle District of Pennsylvania, respectfully states:

1. That there is now pending in this Court a criminal case against **JAMIE SOUDERS** presently in the custody of the Warden of the **CUMBERLAND COUNTY PRISON, CARLISLE, PENNSYLVANIA.**

2. That it is necessary that **JAMIE SOUDERS** is brought before the United States District Court for the Middle District of Pennsylvania, Harrisburg, Pennsylvania, for an Initial Appearance on November 13, 2025, at 1:30 p.m.

**WHEREFORE**, the Government requests that the Court issue a writ of habeas corpus ad prosequendum to have **JAMIE SOUDERS** brought before the United States District Court for the Middle District of Pennsylvania in Harrisburg, Pennsylvania, for an Initial Appearance on

_____November 13__, 2025, at ____1:30 p__.m., and that JAMIE SOUDERS will be returned to CUMBERLAND COUNTY PRISON, CARLISLE, PENNSYLVANIA, following the federal proceeding.

                                      Respectfully submitted,

                                      BRIAN D. MILLER
                                      United States Attorney

Dated: November 5, 2025        /s/ Stephen W. Dukes
                                      Stephen W. Dukes
                                      PA 323276
                                      Assistant United States Attorney
                                      1501 N. 6th Street, Box 202
                                      Harrisburg, PA 17102
                                      Tel: (717) 221-4482
                                      stephen.dukes@usdoj.gov